208 LOUIE LANE, LADSON, SC

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:19-cr-671 | Date and time warrant executed: 07/25/19  6:10 AM | Copy of warrant and inventory left with: TASHAWNA JAMES-BROUGHTON |
|---|---|---|

Inventory made in the presence of: KRISTIN RIDDLE

Inventory of the property taken and name of any person(s) seized:

ONE JIMENEZ ARMS INC J.A. 380 FIREARM (S/N: 403747)
TWO MAGAZINES CONTAINING 4 ROUNDS OF .380 AMMO
ONE KELTEL P-11 9MM LUGER FIREARM (S/N: AYZ96)
ONE MAGAZINE CONTAINING 7 ROUNDS OF 9 MM AMMO
ONE CENTURY ARMS LONG GUN (S/N: RAS47072470)
ONE MAGAZINE CONTAINING .762 AMMO
THREE PLASTIC BAGS CONTAINING A PLANT MATERIAL
MISCELLANEOUS ROUNDS OF AMMUNITION
   15 ROUNDS - .380 AMMO IN BOX
   4 LOOSE ROUNDS - .380 AMMO
   16 LOOSE ROUNDS - 762 AMMO
ONE BLACK AT&T FLIP PHONE
ONE APPLE IPHONE W/ BLUE CASE
MISCELLANEOUS PAPERWORK

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07/25/2019

Executing officer's signature

JAMES R. DUFFY
Printed name and title